# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Indianapolis District Office**
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On:  March 10, 2026

**To:**   Danita Pettis
7089 Miami Hills Drive
Cincinnati, OH 45243

**Re:**   Danita Pettis v. City of Cincinnati
EEOC Charge Number:  22A-2026-00413

EEOC Representative and email:   Jeremy Sells
State, Local, and Tribal Program Manager
jeremy.sells@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.**  Receipt generally occurs on the date that you (or your representative) received this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By:   Richard Burgamy – March 10, 2026
Richard Burgamy
Acting District Director

cc:   William C Hicks
City of Cincinnati
801 Plum St Rm 214 Rm 214
Cincinnati, OH 45202



PLAINTIFF'S
EXHIBIT
A

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Vernon Sykes
Charlie Winburn

Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging Party,** | ) |
| | ) |
| Danita Pettis | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **Respondent,** | ) |
| | ) |
| City of Cincinnati | ) |
| | ) |

**Charge No.** DAY76(011709)12302024
22A-2026-00413

---

## NOTICE OF RIGHT TO SUE

---

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*Stacy A. Latta*

Stacy A. Latta
Regional Director

Date mailed: October 30, 2025



**PLAINTIFF'S EXHIBIT**

*B*

# OHIO CIVIL RIGHTS COMMISSION



**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Charlie Winburn

Angela Phelps-White,
Executive Director

---

**Charging Party,**

Danita Pettis

v.

**Respondent,**

City of Cincinnati Police Department

)
)
)
)
)
)
)
)
)
)
)

**Charge No.** DAY76(004775)02022024
22A-2024-02857

---

## NOTICE OF RIGHT TO SUE

---

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

FOR THE COMMISSION,

*Monica Moore*

Monica Moore
Regional Director
Monica.Moore@civ.ohio.gov

Date mailed: 12/19/2024



PLAINTIFF'S EXHIBIT
C